IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| GEORGENE BOENZLE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 09-4148 |
| | ) | |
| AT&T UMBRELLA BENEFIT PLAN NO. I, | ) | |
| | ) | |
| Defendant. | ) | |

PLAINTIFF'S RESPONSE TO DEFENDANT AT&T UMBRELLA BENEFIT PLAN NO.1'S MOTION TO DISMISS FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, TO TRANSFER

COMES NOW Plaintiff by her attorney and respectfully moves, in accordance with Defendant's motion to transfer, to transfer the above captioned cause to the United State's District Court for the Eastern District of Missouri, Eastern Division.

Counsel for Defendant has voiced no objection to this request.

HARLAN, HARLAN & STILL

/s/Frank T. Koch
Frank T. Koch
Attorney for Plaintiff
307 Locust Street
P.O. Box 933
Columbia, MO  65205
573-874-2402
573-443-3354 (fax)
Email: fkoch@harlan-still.com
MO Bar No.:  41797

CERTIFICATION

A copy of the foregoing was filed electronically on this 5th day of November, 2009, with the Court to be served by operation of the Court's electronic filing system to Ann Ahrens Beck, Attorney for Defendant.

/s/Frank T. Koch